# EXHIBIT A

File # 408-31834-1258-107

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT

DATE 12-18-08   PAGE 1 of 7

A TRADITION OF SERVICE

| ACTION: ☒ ACTIVE ☐ INACTIVE ☐ PENDING | NON-CRIMINAL ☐ | # OF ADULT ARRESTS: 2 | # OF SUBJECT DETENTIONS: 0 | URN # 4 RETENTION | 08 YEAR | SEQUENTIAL | REPORTING DISTRICT | 107 STAT CODE |

SEX OFFENSE - VICTIM INFO? ☐ YES ☒ NO

**CLASSIFICATION 1 / LEVEL / STAT CODE**
FORGERY - 476 P.C. / F / 107

**CLASSIFICATION 2 / LEVEL / STAT CODE**
UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE (METHAMPHETAMINE) 11550(a) H.S. / M / 183

**CLASSIFICATION 3 / LEVEL / STAT CODE**
CONSPIRACY TO COMMIT FORGERY - 182(A) P.C. / F / 322

DOMESTIC VIOLENCE: ☐ NON-PERSONAL  ☐ PERSONAL

**DATE, TIME, DAY OF OCCURRENCE:** 12-18-08, APPROX. 2000 HRS., THURSDAY
PRINTS REQUESTED ☐  BY: N/A   TIME: N/A
COMPLETED ☐ N/A

INJURY: ☐ Major ☐ Minor ☐ None

**LOC. OF OCCURRENCE:** 12113 CARSON ST, HAWAIIAN GARDENS
BUS. NAME: N/A

☐ NON-CRIMINAL

### CODE: V-VICTIM  W-WITNESS  I-INFORMANT  R-REPORTING PARTY  P-PARTY

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | ETHNIC ORIGIN | DOB | AGE |
|---|---|---|---|---|---|---|---|---|---|
| | 1 OF 1 | OBS. ARREST | | | | | | | |

RES. ADDR.: 135B/PM
CITY: LAKEWOOD   ZIP: 90716
VICTIM OF OFFENSE(S) (CLASSIFICATION) #:
ENGLISH SPEAKING ☒ YES ☐ NO
RES. PHONE: 
BUS. PHONE: 562-623-3500

BUS. ADDR.: 5130 N. Clark Av

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | ETHNIC ORIGIN | DOB | AGE |
|---|---|---|---|---|---|---|---|---|---|
| S | 1 of 2 | EWING | SHAWN | LEWIS | M | W | | -68 | 40 |

DRIVER'S LICENSE (STATE & No.): ████1605 / CA
BUS. ADDR.: SELF EMPLOYED   BUS. PHONE: N/A
HAIR: BRO  EYES: BLU  HGT: 602  WGT: 205
WHERE DETAINED OR CITE #: LKD JAIL
CHARGE: 476 PC, 182(A)PC
AKA: NONE STATED   MONIKER: NONE STATED
BOOKING #: ████

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | DOB | AGE |
|---|---|---|---|---|---|---|---|---|
| S | 2 OF 2 | SMITH | MICHAEL | ANTHONY | M | W | -67 | 41 |

DRIVER'S LICENSE: ████4905 / CA
RES. ADDR.: ████   CITY: CARSON   ZIP: 90745
BUS. ADDR.: SELF EMPLOYED   BUS. PHONE: N/A
HAIR: BRO  EYES: HZL  HGT: 602  WGT: 220
WHERE DETAINED OR CITE #: LKD JAIL
CHARGE: 476 PC, 182(A) PC, 11550(A) H.S.
AKA: NONE STATED  MONIKER: NONE STATED
BOOKING #: 1734794

| VEHICLE | STATUS | LICENSE (STATE & No.) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| ☐ SUSPECT ☐ VICTIM | ☐ IMPOUNDED ☐ STORED ☐ OUTSTANDING | ████WNW / WA | 93 | BUICK | ROADMASTER | 4-DR | BRO |

REGISTERED OWNER: STEVEN MILNER
IDENTIFYING FEATURES: NONE
CHP 180 SUBMITTED: ☐ YES ☒ NO
GARAGE NAME & PH.: N/A

BY DEP: DOKE   EMPLOYEE #: ████   VACATION DATES: NONE
STATION: LKD   UNIT/CAR #: 135B   SHIFT: PM
APPROVED: NEPPER IB
ASSIGNMENT: 
EMPLOYEE #: ████  DATE: ████

VICTIM DESIROUS OF PROSECUTION: ☐ YES ☐ NO
HQ NOTIFICATION R/O: ☐ YES ☒ NO   DEP.:
DATE / TIME:
SPECIAL REQUEST DISTRIBUTION: SECRET SERVICE
SUSP / SUBJ RELEASE APPROVED BY:  TIME:  PCO SUBMITTED: ☐ YES ☒ NO  TT D/C BY:  DATE  TIME  SHFTY.

76C300F - SH-R-49 (Rev. 12/89)

EWG 1

| DATE 12-18-08 | TIME RECEIVED 2000 HRS. | TAG # 548 | URN # ▓▓▓▓▓▓ | | PAGE 2 OF 7 |
|---|---|---|---|---|---|
| INPUT / CHECKED NCIC, CII, ETC.: ☐ YES ☒ NO | EVIDENCE HELD: ☐ YES ☒ NO | EVIDENCE ENTERED IN: PATROL 241/ac-165 NARCOTICS ____ SAFE 21/72 | | BY DOKE, J. ▓▓▓ | |

| EVIDENCE HELD: | ☐ BLOOD ☐ FOOTPRINTS ☐ OTHER PRINTS ☐ VEHICLE PARTS | ☐ BULLET ☐ FRAUD DOCUMENTS ☐ PAINT ☐ WEAPONS | ☐ BULLET CASING ☐ GSR ☐ PHOTOGRAPHS ☒ FRAUDULENT UNITED STATES CURRENCY | ☐ CHECKS ☐ HAIR ☐ RAPE KIT | ☐ CLOTHES ☐ JEWELRY ☐ RECEIPTS | ☐ CREDIT CARDS ☐ MISCELLANEOUS ☐ TOOLS | ☒ ELECTRONIC EQUIPMENT ☐ MONEY ☐ URINE | ☐ FINGERPRINTS ☐ NARCOTICS ☐ VEHICLE IMPOUNDED |

PROPERTY CODE: S-STOLEN  R-RECOVERED  L-LOST  F-FOUND  E-EMBEZZLED  D-DAMAGED  EV-EVIDENCE
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

| CODE | ITEM # | QUAN. | DESCRIPTION (include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | ---- SEE NARRATIVE ---- | | |

## PART I STATISTICAL INFORMATION

| TYPE OF PROPERTY | STOLEN | RECOVERED | TYPE OF PROPERTY | STOLEN | RECOVERED |
|---|---|---|---|---|---|
| CLOTHING/FURS | $ | $ | JEWELRY | $ | $ |
| CONSUMABLE GOODS | $ | $ | LIVESTOCK | $ | $ |
| CURRENCY/NOTES | $ | $ | LOCAL STOLEN VEHICLES | $ | $ |
| FIREARMS | $ | $ | MISCELLANEOUS | $ | $ |
| HOUSEHOLD GOODS | $ | $ | OFFICE EQUIPMENT | $ | $ |
| | | | TV/RADIO/STEREO | $ | $ |

### VICTIM OF SEX CRIMES REQUEST FOR CONFIDENTIALITY

PURSUANT TO SECTION 293(a) OF THE CALIFORNIA PENAL CODE, YOU ARE INFORMED THAT YOUR NAME WILL BECOME A MATTER OF PUBLIC RECORD, UNLESS YOU REQUEST THAT IT REMAIN CONFIDENTIAL AND NOT BE A PUBLIC RECORD, PURSUANT TO SECTION 6254 OF THE GOVERNMENT CODE.

I, _____ HEREBY (DO) (DO NOT) ELECT TO EXERCISE MY RIGHT TO PRIVACY.

### SCREENING FACTORS

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☒ | ☐ | 1. SUSPECT IN CUSTODY | ☒ | ☐ | 7. GENERAL SUSPECT DESCRIPTION |
| ☒ | ☐ | 2. SUSPECT NAMED/KNOWN | ☐ | ☒ | 8. GENERAL VEHICLE DESCRIPTION |
| ☐ | ☒ | 3. UNIQUE SUSPECT IDENTIFIERS | ☐ | ☒ | 9. UNIQUE M.O. OR PATTERN |
| ☐ | ☒ | 4. VEHICLE IN CUSTODY | ☐ | ☒ | 10. SIGNIFICANT PHYSICAL EVIDENCE |
| ☐ | ☒ | 5. UNIQUE VEHICLE IDENTIFIERS | ☐ | ☒ | 11. TRACEABLE STOLEN PROPERTY |
| ☐ | ☒ | 6. WRITER / REVIEWER DISCRETION | ☐ | ☒ | 12. MULTIPLE WITNESSES |

76G300F - SH-R-49 (Rev. 12/99)

EWG 2

Page 4 of 7

## EVIDENCE (continued)

FILE # ████████

| | |
|---|---|
| EV-15 | Phone book belonging to S/Smith, Black, 10"x8" |
| EV-16 | (1) clear plastic case containing (2) MicroSD chip adapters |
| EV-17 | Resume, (6) pages, "Shawn Ewing" |
| EV-18 | Paper cutter, "Carl," gray, Model DC-100 |
| EV-19 | (1) Evidence envelope containing (10) HP ink cartridges |
| EV-20 | Hewlett-Packard Printer, Model SDGOB-0301-03, Gray and Silver w/adapter, Serial No. MY38MB16B7 |

(EV-2 through EV-20 Booked into Evidence, Book 241, pages 162-165)

12/22/2008 07:39 FAX ▓▓▓▓▓ 14 TH FLOOR ☒004
Case 2:09-cr-00003-GHK   Document 30-2   Filed 08/06/09   Page 5 of 10   Page ID #:95

Page 3 of 7

FILE # ▓▓▓▓▓▓▓▓▓▓

## EVIDENCE

EV-1   Counterfeit money consisting of
- (7) pages of the front of four $20 bills, two each bearing serial number ▓▓▓▓03107A and ▓▓▓▓7013G
- (2) pages of the back of four $20 bills
- (2) pages of the front of two $20 bills, one each of serial numbers ▓▓▓▓▓107A and EB91837013G
- (6) pages copied on the front and back depicting four $20 bills (front and back) each containing unique serial numbers ▓▓▓▓704D, ▓▓▓▓7135E, ▓▓▓▓5107E, and ▓▓▓▓971654
- (7) individually cut $20 bills, serial number ▓▓▓▓7165B
- (4) individually cut $20 bills, serial number ▓▓▓▓5107E
- (5) individually cut $20 bills, serial number ▓▓▓▓7135E
- (1) individually cut $20 bill, serial number ▓▓▓▓4704D

**(Booked into W/C Safe Book 21/Page 72)**

EV-2   Cellphone, "LG," Model VX9100M, red, 2"x4", Serial No. 805KPLC0361856, with black vehicle charger

EV-3   Cell phone, "Samsung," Model SCH-R430, Black, 1-1/2"x3", Serial No. A3LSCHR430

EV-4   Cell phone, "Metro PCS," Model ZTEC78, purple, 2"x5", Serial No. 321682880073

EV-5   Cell phone, "LG," Model LG160, Black, 1-1/2"x3", Serial No. 802CYFT1230835

EV-6   Cell phone, "Nokia," Model 6103b, Black, 1-1/2"x3", Serial No. PPIRM-162

EV-7   Cell phone, "Virgin," Model Kyocera, Black/Gray, 1-1/2"x3"

EV-8   Wireless USB network adaptor, "Belkin," Model F509050, Serial No. 150831U9301957

EV-9   56K Modem PC Card, "Noteworthy," Model 3CXM056-BNW

EV-10  Voice recorder, "Sony," Model ICD-8500, silver and black

EV-11  Camera with black case, "Kodak Easyshare," Model C913, Silver, Serial No. KCGJL82800272

EV-12  Camera, "Sony," Model DSC-570, Silver/Black, Serial No. 284360

EV-13  Camera, "Canon," Model PC1026, Silver, Serial No. 4621102832

EV-14  CompactFlash Card Reader, Model MDCFE-SR

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
INCIDENT REPORT - NARRATIVE                         URN _____        PAGE 5 OF 7

WHILE TRAVELING W/B ON CARSON ST APPROACHING NORWALK BL, I RAN A VEHICLES LICENSE PLATE (WASHINGTON ▓WNW) USING MY HAND HELD RADIO WHICH MY DISPATCHER TOLD ME THE LICENSE PLATE EXPIRED IN APRIL 2008. I CONDUCTED A TRAFFIC STOP FOR THE INDICATED VIOLATION.

WHEN I APPROACHED THE VEHICLE, I TOLD THE DRIVER (SANDRA VERA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) THAT HER REGISTRATION IS EXPIRED. AS I WAS TALKING WITH THE DRIVER, THE FRONT PASSENGER (LATER IDENTIFIED AS SMITH) APPEARED VERY NERVOUS AND COULD NOT SIT STILL. I ASKED THE DRIVER IF SHE WAS ON PROBATION OR PAROLE AND SHE SAID "NO". THEN I ASKED HER IF ANYBODY IN THE VEHICLE WAS ON PROBATION OR PAROLE WHEN SMITH QUICKLY AND LOUDLY SAID "I'M ON PAROLE". I WALKED OVER TO THE FRONT PASSENGERS SIDE OF THE VEHILE AND ASKED SMITH IF HE HAS SEARCH CONDITIONS WHICH ALLOW ANY LAW ENFORCEMENT OFFICER TO SEARCH HIS PERSON FOR CONTRABAND. SMITH REPLIED "YES I DO".

AS I WAS TALKING WITH SMITH, I NOTICED MONEY STICKING OUT OF THE LOWER WINDOW WEATHERSTRIPPING FOR THE FRONT PASSENGER WINDOW. I BEGAN PULLING SEVERAL TWENTY DOLLAR BILLS (LATER IDENTIFIED TO BE FICTITIOUS - EV-1) FROM THE WEATHER STRIPPING AND ASKED SMITH WHY THERE WAS TWENTY DOLLAR BILLS COMING OUT OF THE DOOR. SMITH REPLIED "I DON'T KNOW". AS I BEGAN LOOKING AT THE BILLS, I SAW THAT SEVERAL OF THE BILLS CONSISTED OF THE SAME SERIAL NUMBERS. I ASKED SMITH, VERA AND EWING IF THEY KNEW THE BILLS IN THE WEATHERSTRIPPING IS FICTICIOUS. SMITH, VERA AND EWING EACH SAID "NO". I IMMEDIATELY DETAINED SMITH (FRONT PASSENGER), VERA (DRIVER) AND REAR PASSENGER (EWING) PENDING A FORGERY INVESTIGATION.

AS I WAS TALKING WITH SMITH, HE TOLD ME THAT HE IS ON PAROLE AND DID NOT WANT TO GO BACK TO PRISON. HE SAID HE WAS WITH EWING AT A HOTEL IN CYPRESS WHERE HE SAW EWING MAKING SEVERAL TWENTY DOLLAR BILLS. I ASKED HIM IF HE HAS EVER USED THE BILLS HIMSELF AND HE SAID "ONLY TO BUY METH". HE TOLD ME THAT EWING GOT SCARED WHEN I CONDUCTED THE TRAFFIC STOP, SO HE GAVE THE FAKE BILLS TO SMITH. SMITH KNEW THE BILLS WERE FICTITIOUS SO HE DECIDED TO ATTEMPT TO PUSH THEM DOWN THE WINDOW AND INSIDE THE DOOR. HE WOULD NOT TELL ME WHAT ELSE WAS IN THE VEHICLE AND TOLD ME TO SEARCH THE CAR AND SEE IF I FIND ANYTHING. WHILE I WAS TALKING WITH SMITH, I COULD SEE THAT HIS EYES WERE VERY DILATED, HIS SPEECH WAS RAPID AND HE WAS SWEATING PROFUSELY. I DECIDED TO CONTINUE MY FORGERY INVESTIGATION AND CONDUCT AN UNDER THE INFLUENCE INVESTIGATION AT A LATER TIME.

AS I TALKED WITH VERA, SHE TOLD ME SHE DOES NOT KNOW ANYTHING ABOUT THE MONEY BUT SHE JUST PICKED EWING UP FROM A HOTEL IN CYPRESS "CYPRESS SUITS" AND WAS GOING TO A FRIENDS HOUSE IN LONG BEACH.

12/22/2008 07:39 FAX ████████ 14 TH FLOOR ☒007
Case 2:09-cr-00003-GHK  Document 30-2  Filed 08/06/09  Page 7 of 10  Page ID #:97

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
INCIDENT REPORT - NARRATIVE
URN ████████
PAGE 6 OF 7

I TALKED WITH EWING WHO TOLD ME HE DOESN'T KNOW ANYTHING ABOUT THE FICTITIOUS BILLS. HE REFUSED TO COOPERATE FURTHER WITH MY INVESTIGATION AND WOULD NOT ANSWER ANY OTHER QUESTIONS.

I ASKED THE DRIVER IF THE VEHICLE WAS HER CAR AND REQUESTED TO SEARCH HER VEHICLE. VERA REPLIED "YES, IT'S MY CAR, SEARCH IT IF YOU WANT". AS I BEGAN TO SEARCH THE VEHICLE, I TOOK OUT TWO LARGE SUITCASES AND A HAND BAG. I ASKED WHO THE BAGS BELONGED TO AND VERA TOLD ME "HIM" AND POINTED TO EWING. I ASKED EWING IF THE SUIT CASES BELONGED TO HIM AND HE SAID "YES". I ASKED HIM WHAT WAS IN THE SUITCASES AND HE REPLIED "WHY DON'T YOU LOOK INSIDE". WHEN I OPENED THE FIRST SUITCASE, I FOUND A LARGE PRINTER (EV-20) WITH SEVERAL ARTICLES OF CLOTHING AROUND THE PRINTER. WHEN I LOOKED IN THE OUTER ZIPPER OF THE SUITCASE, I FOUND SEVERAL INK CARTRIDGES (EV-19) AND A VOICE RECORDER (EV-10). WHEN I LOOKED IN THE SECOND SUITCASE, I FOUND A "SHAWN EWING" RESUME (EV-17), A PAPER CUTTER (EV-18), ONE "SAMSUNG" CELL PHONE (EV-3), A "METRO PCS" CELL PHONE (EV-4), A "LG" CELL PHONE (EV-5) AND 17 PAGES (8.5 INCHES BY 11 INCHES) OF COPIED UNITED STATES CURRENCY (EV-1). I RECOVERED THESE ITEMS AND LATER PLACED THEM INTO EVIDENCE.

AS I SEARCHED THE HANDBAG WHICH EWING CLAIMED TO BE HIS, I FOUND A "NOKIA" CELL PHONE (EV-6), A "VIRGIN" CELL PHONE (EV-7), A WIRELESS USB ADAPTOR (EV-8), A 56K MODEM PC CARD (EV-9), A "KODAK" CAMERA WITH A BLACK CASE (EV-11), A "SONY" CAMERA (EV-12), A "CANON" CAMERA (EV-13), A COMPACT FLASHCARD READER (EV-14), ONE PLASTIC CASE WITH (2) MICRO CHIPS (EV-16). I RECOVERED THESE ITEMS AND LATER PLACED THEM INTO EVIDENCE.

AS I CONTINUED TO SEARCH THE VEHICLE, I FOUND A PHONEBOOK BELONGING TO SMITH (EV-15) AND A "LG" CELLPHONE WITH A VEHICLE PHONE CHARGER (EV-2) ON THE FRONT PASSENGER FLOORBOARD. I RECOVERED THESE ITEMS AND LATER PLACED THEM INTO EVIDENCE.

I READ EWING HIS MIRANDA RIGHTS PER SHAD-477 WHICH HE SAID HE UNDERSTOOD AND AGREED TO TALK WITH ME WITHOUT HIS ATTORNEY PRESENT. I ASKED HIM IF HE HAS ANYTHING TO SAY ABOUT THE PRINTER AND THE COPIES OF U.S. CURRENCY INSIDE HIS SUITCASE WITH HIS RESUME. HE TOLD ME "WHAT IS THERE TO SAY, I FEEL STUPID. I JUST GOT KICKED OUT OF MY FUCKING HOUSE AND HAVE BEEN LIVING IN A HOTEL. A FRIEND OF MINE TOLD ME TO TRY TO MAKE MONEY AND SHOWED ME HOW TO SET UP THE COMPUTER." I ASKED HIM IF HE HAS PURCHASED ANYTHING WITH THE BILLS AND HE SAID "OF COURSE". EWING WOULD NOT TELL ME WHAT KIND OF ITEMS HE HAS PURCHASED WITH HIS FICTITIOUS BILLS.

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**            URN ▓▓▓▓▓▓▓▓            PAGE 7 OF 7

AFTER CONCLUDING MY FORGERY INVESTIGATION, I DECIDED TO CONDUCT SEVERAL DRUG ABUSE RECOGNITION TESTS ON SMITH TO DETERMINE IF HE WAS UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE. SMITH FAILED ALL OF THE TESTS I ADMINISTERED.

I TESTED HIS PUPILS USING MY PUPILOMETER WHICH MEASURED HIS PUPILS AT 7.5 MM. AND NOTICED HIS PUPILS HAD LITTLE TO NO REACTION TO LIGHT (MY FLASHLIGHT). THE NORMAL PUPIL RANGES FROM 3.0MM. TO 6.5MM. I MEASURED HIS PULSE RATE AT 120 BEATS PER MINUTE. THE NORMAL PULSE RATE IS BETWEEN 60-90 BEATS PER MINUTE. I CONDUCTED THE RHOMBURG TEST AND HAD THE SUSPECT STAND WITH HIS FEET TOGETHER, SLIGHTLY TILT HIS HEAD BACK, CLOSE HIS EYES AND ESTIMATE 30 SECONDS IN HIS HEAD. SMITH ESTIMATED 30 SECONDS AS 14 SECONDS WHICH SHOWS HE HAS AN ACCELERATED INTERNAL CLOCK.

AFTER TELLING SMITH THAT HE FAILED MY DRUG RECOGNITION TESTS, HE TOLD ME HE SMOKED "METH" EARLIER IN THE DAY AND WAS GOING TO LONG BEACH TO GET "HIGH" AGAIN.

BASED ON MY OBSERVATIONS AND STATEMENTS PROVIDED BY SMITH AND EWING, COUPLED WITH THE FACT SMITH KNEW EWING WAS FRAUDULENTLY MAKING MONEY YET HE USED THE BILLS TO BUY "METH", I ARRESTED SMITH AND EWING FOR FORGERY AND CONSPIRACY TO COMMIT FORGERY. BASED ON MY TRAINING AND EXPERIENCE IN THE FIELD OF NARCOTICS, COUPLED WITH THE DRUG ABUSE RECOGNITION TEST RESULTS OF SMITH, I ADDITIONALLY CHARGED HIM WITH BEING UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE (A STIMULANT).

I TRANSPORTED SMITH AND EWING TO LAKEWOOD STATION WHERE THEY WERE BOOKED WITH THE APPROVAL OF THE WATCH COMMANDER, LT. DINH. WHILE AT THE STATION, I GAVE SMITH THE OPPORTUNITY TO PROVIDE A URINE SAMPLE TO PROVE OR DISPROVE THE PRESENCE OF A STIMULANT IN HIS BODY. SMITH SIGNED THE URINE ADMONISHMENT FORM AND REFUSED TO PROVIDE A URINE SAMPLE (SEE ATTACHED).

WHILE AT THE STATION, I CONTACTED THE SECRETE SERVICE AND SPOKE TO DETECTIVE PHIL HOGAN (#A06819) WHO TOLD ME HE WOULD COME TO THE STATION ON 12-19-08 TO TALK TO THE SUSPECTS AND READ THE FIRST REPORT.

THE DRIVER OF THE VEHICLE WAS CITED FOR EXPIRED REGISTRATION (4000A1 C.V.C./ CITE #S211080) AND RELEASED IF THE FIELD WITHOUT FURTHER INCIDENT.

78C300F - SH-R-49 (Rev. 12/99)

EWG 7

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## CRIME ANALYSIS SUPPLEMENTAL FORM - SUSPECT/SUBJECT INFORMATION

PAGE 1 OF 2

URN: [redacted]

BY DEP: DOKE, J.
EMPLOYEE #: [redacted]

**SUSPECT/SUBJECT # 1 of 2** NAME: SHAWN EWING

CLOTHING DESCRIPTION:
- WHITE SHIRT
- BLUE JEANS

SCARS / MARKS / TATTOOS / ODDITIES:
| L | R | UNK | Description |
|---|---|---|---|
| X |   |   | TT OF "GUMBY" ON (L) SHOULDER |
|   | X |   | TT PICTURE OF A CROSS ON (R) SHOULDER |

SUSPECTED GANG MEMBER / NAME OF GANG: ____

**SUSPECT/SUBJECT # 2 OF 2** NAME: MICHAEL SMITH

WRITE ONE ITEM PER DESCRIPTION:
- CAP/HAT:
- COAT/JACKET: BLACK JACKET
- DRESS/SKIRT:
- GLASSES:
- GLOVES: GRAY T-SHIRT
- JEWELRY:
- PANTS: BLUE JEAN PANTS
- SHIRT/BLOUSE:
- SHOES:
- SHORTS:
- OTHER:

SCARS / MARKS / TATTOOS / ODDITIES:
| L | R | UNK | Description |
|---|---|---|---|
|   |   | CHEST | TT OF "WHITE PRIDE", "OUTLAW BY TRADE", "LONGO" AND "NORTH TOWN" |

SUSPECTED GANG MEMBER / NAME OF GANG: ____

---

**HAIR LENGTH:** [X] SHORT

**HAIR TYPE:** [X] THICK

**HAIR STYLE:** [X] WAVY

**COMPLEXION:** [X] LIGHT/FAIR

**FACIAL HAIR:** [X] FUZZ

**TEETH:** [X] STAINED

**SPEECH:** [X] FAST

**HANDED:** [X] RIGHT

**WEAPON FIREARM Style:** [X] MULTIPLE

(Remaining checkbox fields for KNIFE, OTHER WEAPON, RELATIONSHIP OF VICTIM TO SUSPECT, BLUNT INSTRUMENT, CHEMICAL, CUT/STAB, EXPLOSIVE/INCENDIARY — none marked visibly)

SH-R-188 (Rev. 12/99)

EWG 8

